# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN L. GIBBS,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Civil Case No. 3:17-cv-00561-JPG<br>---<br>Criminal Case No. 15-40037-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Ryan L. Gibbs's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, that judgment is entered in favor of respondent United States of America and against petitioner Ryan L. Gibbs, and that this case is **DISMISSED WITH PREJUDICE**.

DATED: June 29, 2018

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY:**   s/Tina Gray
                                                                **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**